UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOYCE DUNLAP,

      Plaintiff,                              No. 15-14022

v.                                        District Judge Gershwin A. Drain
                                                Magistrate Judge R. Steven Whalen

UNITED OUTSTANDING PHYSICIANS,
PLLC, ET AL.,

      Defendants.
_____/

## ORDER

      For the reasons and under the terms and to the extent stated on the record on November 17, 2016, Plaintiff's Motion to Compel Discovery [Doc. #17] is GRANTED.

      Pursuant to the parties' agreement and resolution, Defendants UOP and United Outstanding Physicians, PLLC (collectively "UOP") will have Yasser Hammoud, Sue Hammoud, Charlotte Elliott, and Maria Alazawi appear for deposition. Defendants UOP will also produce for inspection a copy of UOP, LLC's Amended and Restated Operating Agreement.  In addition, Defendants Assurance Payroll, LLC d/b/a Terra1 LLC, Global HR Group, LLC, and Global HRI LLC (collectively "Assurance") will produce Mostafa Afr appear for deposition as Assurance's Corporate Representative, and to produce documents requested in Plaintiff's deposition notice.

      Because Mostafa Afr will appear as Assurance's Corporate Representative in place of Tamer Afr, Tamer Afr will be stricken from Assurance's witness list.

      The interrogatory responses submitted on behalf of Defendants UOP and Assurance will be signed under oath by the respective Corporate Representatives.

Defendants will produce the personnel files of Charlotte Elliott and Maria Alazawi. These files will be redacted to exclude Social Security numbers, health information, and other similar personal information.

Defendants will produce the requested Operating Agreements to the extent that such documents show ownership, directorships, or memberships. Other information may be redacted.

Defendants UOP have indicated their intention to withdraw their counterclaim, but have not yet done so, and Plaintiff declines to stipulate to dismissal of the counterclaim. Under these circumstances, the Plaintiff's request for Defendants UOP's tax returns is DENIED WITHOUT PREJUDICE.

As to any document requests to which Defendants deny that any requested documents exist, or that they have possession or control of any requested documents, Defendants will so certify in writing, under oath.

IT IS SO ORDERED.

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: November 22, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on November 22, 2016, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen