-14022UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOYCE DUNLAP,

     Plaintiff,

vs.

UNITED OUTSTANDING PHYSICIANS, PLLC,
a Professional Michigan Limited Liability Company,
UOP LLC, a Michigan Limited Liability Company,
ASSURANCE PAYROLL, LLC D/B/A TERRA 1,
GLOBAL HR GROUP and GLOBAL HR I,
as the Successor In Interest of TERRA 1 L.L.C.,
of GLOBAL HR GROUP, L.L.C and of
GLOBAL HR I L.L.C., Jointly and Severally,

     Defendants,
       - and -
UOP, LLC, Counter-Plaintiff,
vs.
JOYCE DUNLAP, Counter-Defendant.

Case No. 15-cv-14022
Hon.  Gershwin A. Drain
Mag.  R. Steven Whalen

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

This matter having come before the Court, upon the stipulation of the

parties, through their undersigned counsel, and the Court being otherwise

fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's First Amended Complaint is

dismissed with prejudice and without costs, interest, or attorney fees to any

party.

THIS IS A FINAL ORDER DISPOSING OF ALL CLAIMS AND

CLOSING THE CASE.

**IT IS SO ORDERED.**

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
U.S. DISTRICT COURT JUDGE

Dated:  April 17, 2017

## STIPULATED TO ENTRY OF ORDER

We hereby stipulate to the entry of the above Order.

By:   /s/*Ahmad Chehab*
     AHMAD A. CHEHAB (P75560)
Attorneys for Plaintiff

By: /s/with consent of *Chris Parfitt*
     CHRIS PARFITT (P23821)
Attorneys for Assurance Payroll

/s/with consent of *Richard Delonis*
     RICHARD M. DELONIS (P47904)
Attorneys for Defendants

/s/with consent of *Roger Canzano*
     ROGER S. CANZANO (P11586)
Attorneys for Defendants

2